JOSEPH MITCHELL, as Administrator of the Estate of KENNETH MITCHELL, Deceased, Appellant, v. DAVID E. SMUCKER et al., as Trustees of the Long Island Rail Road Company, Respondents.— In an action to recover for wrong-

ful death of plaintiff's intestate in a grade crossing accident, judgment dismissing the complaint on the merits at the close of plaintiff's case, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.